RONALD ALLEVA, Plaintiff, v UNITED PARCEL SERVICE, INC., Defendant and Third-Party Plaintiff-Respondent, et al., Defendants. PITT INVESTIGATIONS, INC., Third-Party Defendant-Appellant.

Submitted March 25, 2013; decided April 30, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of ROBERT CABEZA, Appellant, v NEW YORK CITY POLICE DEPARTMENT, Respondent.

Submitted March 18, 2013; decided April 30, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

GARY CRUZ et al., Individually and on Behalf of All Others Similarly Situated, Appellants, v TD BANK, N.A., Respondent.

GERALDO F. MARTINEZ et al., Individually and on Behalf of All Others Similarly Situated, Appellants, v CAPITAL ONE BANK, N.A., Respondent.

Decided April 30, 2013

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT and RIVERA.